JS-6

*FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY*

# UNITES STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MOLINA, an individual<br><br>Plaintiff,<br>vs.<br><br>ALLIANCE BANCORP; U.S. BANK, N.A.; CENLAR, FSB; QUALITY LOAN SERVICE CORP; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: 8:12-cv-01848-AN<br><br>[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FEDERAL COURT RULE OF CIVIL PROCEDURE RULE 41(A) |

After reviewing Plaintiff's request, IT IS HEREBY ORDERED:

The case is hereby dismissed <u>with</u> prejudice, with each party bearing its/his/her own fees and costs incurred in connection there with.

Dated: November 5, 2012

_____
Hon. Judge Arthur Nakazato
United States Magistrate Judge